Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Plaintiffs
CHRISTOPHER WILLIAMS
an Individual on behalf of himself
and All others Similarly Situated
vs
Defendant PORTFOLIO RECOVERY
ASSOCIATES, LLC, a Limited
Liability Company; and Does 1-10
inclusive

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1452 IEG AJB

FILED
2008 AUG -8 PM 4:12
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michelle Van Dyke, Esq.
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
K. HAMMES, CLERK

AUG - 8 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)