# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, an individual )<br><br>Plaintiff, )<br><br>vs. )<br><br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, a Limited Liability Corporation; and )<br>DOES 1-10 inclusive, )<br><br>Defendants. )<br>_____ ) | CASE NO. 08CV 1452 IEG AJB<br><br>**ORDER ON JOINT MOTION OF THE PARTIES FOR DISMISSAL**<br><br>District Judge:  Irma E. Gonzalez<br>Dept:  1<br>Magistrate Judge:  Anthony J. Battaglia<br>Dept:  A |

IT IS HEREBY ORDERED that pursuant to the Joint Motion filed by the Parties on March 7, 2009 [Doc No. 12], the case is dismissed with prejudice.  Each party will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

**DATED:  May 18, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**